**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THOMAS KURTZ-SHAY,** Plaintiff | : | **No. 3:25cv2320** |
| | : | |
| | : | **(Judge Munley)** |
| **v.** | : | |
| | : | **(Magistrate Judge Carlson)** |
| **STATE OF PENNSYLVANIA, *et al.*,** | : | |
| **Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

Before the court is a report and recommendation ("R&R") in the above matter. United States Magistrate Judge Martin C. Carlson recommends dismissal of this action under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. (Doc. 17). Magistrate Judge Carlson also recommends that this case be dismissed with prejudice because "plaintiff's complaint is profoundly flawed in many ways which cannot be cured by any more artful form of pleading." Id. at 14.

Magistrate Judge Carlson issued the R&R on August 3, 2026. By statute, the plaintiff had 14 days to object to the proposed findings and recommendations. 28 U.S.C. § 636(b)(1)(C). No objections have been received and the time for filing has passed.

Section 636(b)(1) requires that the plaintiff file timely and specific objections to trigger de novo review of the R&R. Goney v. Clark, 749 F.2d 5, 6 (3d Cir. 1984) (per curiam). "When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to

accept the recommendation." FED. R. CIV. P. 72, Notes of Advisory Committee on Rules—1983 (citation omitted). After review of the complaint and exhibits, the court discerns no error in the magistrate judge's analysis, and it would not be a manifest injustice to dismiss this action with prejudice.

It is thus hereby **ORDERED** as follows:

1) The R&R, (Doc. 17), is **ADOPTED** in its entirety;
2) The complaint, (Doc. 1), is **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and
3) The Clerk of Court is directed to close this case.

**Date:** 8/19/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**